Dismissed and Memorandum Opinion filed February 26, 2004









Dismissed and Memorandum Opinion filed February 26,
2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00974-CV

____________

 

BILLIE JEAN
HUGHES, Appellant

 

V.

 

HOUSTON
INDEPENDENT SCHOOL DISTRICT and ALANIS FELIPE AS THE TEXAS COMMISSIONER OF
EDUCATION, Appellees

 



 

On Appeal from the
61st District Court

Harris County, Texas

Trial Court Cause
No. 02-30177

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a summary judgment signed May 30,
2003.  On February 19, 2004, appellant
filed a motion to dismiss the appeal.  See
Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed February 26, 2004.

Panel consists of Justices Fowler,
Edelman and Seymore.